No. 9052. DOROTHY J. LUECK, Plaintiff and Respondent, *v.* JACK LUECK, Defendant and Appellant.
Decided August 6, 1951.
238 Pac. (2d) 1188.

*Mr. Frank E. Blair*, Virginia City, for Appellant.
*Mr. Lyman H. Bennett, Jr.*, Virginia City, for Respondent.
MR. CHIEF JUSTICE ADAIR: "It appearing from the written praecipe of Frank E. Blair, counsel for the appellant Jack Lueck that this cause has been settled and that the questions there presented have now become moot.
"It is ordered that the appeal be and it is hereby dismissed."